NUMBER
13-08-00471-CR

 

                                  COURT
OF APPEALS

 

                      THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG

____________________________________________________________

 

LAWRENCE
BENAVIDEZ,                                                              Appellant,

 

                                                             v.

 

THE
STATE OF TEXAS,                                                                  Appellee.

____________________________________________________________

 

                             On
Appeal from the 117th District Court

                                        of
Nueces County, Texas.

____________________________________________________________

 

                                      MEMORANDUM OPINION

 

Before Chief Justice Valdez and
Justices Yañez and Garza        

Memorandum Opinion
Per Curiam

 








Appellant,
Lawrence Benavidez, by and through his attorney, has filed a motion to dismiss
his appeal because he no longer desires to prosecute it.  See Tex. R. App. P. 42.2(a).  Without
passing on the merits of the case, we grant the motion to dismiss pursuant to
Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal.  Having
dismissed the appeal at appellant's request, no motion for rehearing will be
entertained,




 

 

and our
mandate will issue forthwith.

PER
CURIAM

 

Do not publish.  

See Tex. R. App. P.
47.2(b).  

Delivered and filed the

31st day of August, 2010.